IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARTHUR RUNNELS,

    Defendant.　　　　　　　　　　　　　　Case No. 05-CR-30184-DRH

### ORDER

**HERNDON, District Judge:**

This matter is before the Court on Defendant's Motion to Continue Sentencing Date. (Doc. 17.) Defendant's motion states that due to a scheduling conflict, his counsel will not be available to appear at Defendant's sentencing hearing currently set for June 2, 2006, and therefore requests that the hearing be rescheduled. (*Id.*) For good cause shown, the Court hereby **GRANTS** Defendant's Motion. (Doc. 17.) As such, the sentencing hearing for defendant Arthur Runnels is hereby reset for **Friday, October 6, 2006, at 10:30 a.m.**

**IT IS SO ORDERED.**

Signed this 28th day of March, 2006.

　　　　　　　　　　　　　　　　　　　　/s/　　　　　David　RHerndon
　　　　　　　　　　　　　　　　　　　　**United States District Judge**