## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**ARTHUR RUNNELS,**

    **Defendant.**                                  **Case No. 05-CR-30184-DRH**

### ORDER

**HERNDON, District Judge:**

        This matter is before the Court on Defendant's Motion to Continue Sentencing Date (Doc. 24). Defendant's motion states that as he has recently retained new counsel, William Stiehl, Esq., he requests a continuance of his sentencing hearing in order to allow his new counsel sufficient opportunity to review the case and prepare for sentencing. The Motion further states that the Government does not object to a continuance. Therefore, for good cause shown, the Court hereby **GRANTS** Defendant's Motion (Doc. 24). As such, the sentencing hearing for defendant Arthur Runnels currently set for Friday, October 6, 2006, at 10:30 a.m. is hereby rescheduled for **Friday, November 17, 2006 at 1:30 p.m.**

        **IT IS SO ORDERED.**

        Signed this 29th day of September, 2006.

                                                      /s/       David   RHerndon
                                                **United States District Judge**