IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**ARTHUR RUNNELS,**

    **Defendant.**                                    **Case No. 05-CR-30184-DRH**

## ORDER

**HERNDON, District Judge**

    Pursuant to defendant Arthur Runnel's counsel of record Assistant Federal Public Defender Andrea L. Smith's Motion to Withdraw as Counsel (Doc. 25), given that William D. Stiehl, Jr. has entered his appearance on behalf of Defendant, and good cause having been shown therefore, said motion is **GRANTED**.

    **IT IS SO ORDERED**.

    Signed this 3rd day of October, 2006.

                                                  /s/       David RHerndon
                                             **United States District Judge**