IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**

**ARTHUR RUNNELS,**

    **Defendant.**                                  **Case No. 05-CR-30184-DRH**

## ORDER

**HERNDON, District Judge:**

       This matter is before the Court on Defendant's Motion to Continue Sentencing Date (Doc. 28).  Defendant asks for this further continuance because his counsel will be out of town on the date of the sentencing hearing for an event which cannot be rescheduled.  The Motion further states that the Government does not object to a further continuance.  Therefore, for good cause shown, the Court hereby **GRANTS** Defendant's Motion (Doc. 28).  As such, the sentencing hearing for defendant Arthur Runnels currently set for Friday, November 17, 2006, is hereby rescheduled for **Friday, February 2, 2007 at 9:30 a.m.**

       **IT IS SO ORDERED.**

       Signed this 13th day of November, 2006.

                                          /s/       David RHerndon
                                    **United States District Judge**