IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARTHUR RUNNELS,

    Defendant.                                    Case No. 05-CR-30184-DRH

### ORDER

**HERNDON, District Judge:**

        This matter is before the Court on Defendant's Motion to Continue Sentencing Date (Doc. 30). Defendant asks for this further continuance because his counsel is currently involved in an ongoing trial that will likely run through (or beyond) the week prior to Defendant's current sentencing hearing date. Therefore, counsel requests a continuance so that he may have time to adequately prepare for Defendant's sentencing. Therefore, for good cause shown, the Court hereby **GRANTS** Defendant's Motion (Doc. 30). As such, the sentencing hearing for defendant Arthur Runnels currently set for Friday, February 2, 2007, is hereby rescheduled for **Friday, May 11, 2007 at 10:30 a.m.**

        **IT IS SO ORDERED.**

        Signed this 25th day of January, 2007.

                                                  /s/      David   RHerndon
                                                  **United States District Judge**