**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**vs.**

**ARTHUR RUNNELS,**

     **Defendant.**                    **Case No. 05-CR-30184-DRH**

**<u>ORDER</u>**

**HERNDON, District Judge:**

     This matter is before the Court on Defendant's Motion to Continue Sentencing (Doc. 32). Due to counsel's preexisting obligations conflicting with the currently scheduled hearing date of May 11, 2007 and the fact Defendant's counsel also is unable to file his Sentencing Memorandum due to a computer malfunction, a further continuance is sought. The Motion further states that the Government does not object to such continuance. Therefore, for good cause shown, the Court hereby **GRANTS** Defendant's Motion (Doc. 32). As such, the sentencing hearing for defendant Arthur Runnels currently set for Friday, May 11, 2007, is hereby rescheduled for **Friday, June 8, 2007 at 9:30 a.m.**

     **IT IS SO ORDERED.**

     Signed this 10th day of May, 2007.

                       /s/       David RHerndon
                       **United States District Judge**